IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NORTHFIELD INSURANCE CO., :
   Plaintiff :
    :
v. : Civil No. AMD 02-97
    :
GEORGE B. BOXLEY, et al., :
   Defendants :
    : : :
    :
GEORGE B. BOXLEY, :
   Plaintiff :
    :
v. : Civil No. AMD 02-285
    :
NORTHFIELD INSURANCE CO., :
   Defendant :

...oOo...

## CONSOLIDATION ORDER

These cases arise out of a controversy over insurance coverage under a commercial general liability policy. The issues presented are identical or virtually so. The cases may be profitably consolidated for all purposes, as the parties have requested. Accordingly, it is this 10th day of April, 2002, ORDERED

(1) That the motion to consolidate is GRANTED and these cases are CONSOLIDATED FOR ALL PURPOSES: **ALL PLEADINGS SHALL BE IDENTIFIED WITH CASE NO. AMD 02-97**; and it is further ORDERED

(2) That the Clerk shall TRANSMIT a copy of this Order to all counsel.

                                                 _/s/ Andre M. Davis_
                                                ANDRE M. DAVIS
                                                United States District Judge

[FILED / ENTERED / LODGED / RECEIVED stamp: APR 10 2002, CLERK U.S. DISTRICT COURT, DISTRICT OF MARYLAND, AT BALTIMORE, DEPUTY]