IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NORTHFIELD INSURANCE CO., <br> Plaintiff | : <br> : <br> : |
| v. | :    Civil No. AMD 02-97 |
| GEORGE B. BOXLEY, et al., <br> Defendants | : <br> : |
| :   :   :   :   :   :   : | |
| GEORGE B. BOXLEY, <br> Plaintiff | : <br> : <br> : |
| v. | :    Civil No. AMD 02-285 |
| NORTHFIELD INSURANCE CO., <br> Defendant | : <br> : |

FILED _____ ENTERED _____
LODGED _____ RECEIVED _____

AUG 1 5 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT,
DISTRICT OF MARYLAND
BY _____ DEPUTY

...oOo...

JUDGMENT ORDER

In accordance with the foregoing Memorandum, it is this 15th day of August, 2002, by the United States District Court for the District of Maryland, ORDERED, ADJUDGED and DECREED

(1) That the motion for summary judgment filed by Northfield Insurance Company is GRANTED and the motion for summary judgment filed by George B. Boxley IS DENIED; and it is further ORDERED

(2) That THERE IS NO COVERAGE UNDER THE NORTHFIELD POLICY AT ISSUE HEREIN FOR THE CLAIMS ASSERTED AND/OR AT ISSUE IN THE CASE STYLED DAVIS v. BOXLEY, NO. CAL 00-26030 PENDING IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, AND NORTHFIELD HAS NO OBLIGATION

UNDER SAID POLICY TO DEFEND OR INDEMNIFY THE DEFENDANTS OR OTHER ALLEGED OR PUTATIVE INSUREDS IN CONNECTION WITH SAID CASE; and it is further ORDERED

(3)   That the Clerk of the Court shall CLOSE THESE CASES and TRANSMIT copies of this Order and the foregoing Memorandum to counsel of record.

_____
ANDRÉ M. DAVIS
United States District Judge